IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JON NATHANSON**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**YALE NEW HAVEN HEALTH SERVICES CORP.**,<br><br>Defendant. | Case No. 3:25-cv-00609<br><br>(Filed April 16, 2025)<br><br><br><br>NO ORAL ARGUMENT REQUESTED |
| **MICHAEL LIPARULO**, on behalf of himself and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**YALE NEW HAVEN HEALTH SERVICES CORP.**,<br><br>Defendant. | Case No. 3:25-cv-00610<br><br>(Filed April 16, 2025) |

**MOTION TO CONSOLIDATE CASES AND**
**APPOINT INTERIM CO-LEAD CLASS COUNSEL**

Plaintiffs Jon Nathanson and Michael Liparulo (collectively, "Plaintiffs"), on behalf of themselves and on behalf of all others similarly situated (the "Class" or "Class Members"), respectfully move pursuant to Federal Rule of Civil Procedure 42(a) for an order consolidating the above-captioned matters (collectively, the "Related Actions"), and all other actions (now and in the future) naming Defendant Yale New Haven Health Services Corp. ("Defendant") as a defendant that arise from the data breach Defendant experienced in or around Marh 2025 (the "Data Breach").

Additionally, Plaintiffs respectfully move under Federal Rule of Civil Procedure 23(g) for an order appointing Gary M. Klinger of Milberg Coleman Bryson Phillips Grossman, Jeff Ostrow of Kopelowitz Ostrow P.A., and William B. Federman of Federman & Sherwood as Interim Co-Lead Class Counsel.

This Motion is based on the accompanying Memorandum of Law, the exhibits attached thereto, any argument presented to the Court, and all matters of which the Court may take judicial notice.

Date: April 16, 2025

Respectfully Submitted,

By: _____
Michael J. Reilly (ct28651)
**CICCHIELLO & CICCHIELLO, LLP**
364 Franklin Avenue
Hartford, CT 06114
Tel: 860-296-3457
Fax: 860-296-3457
mreilly@cicchielloesq.com

Jeff Ostrow*
**KOPELOWITZ OSTROW P.A.**
1 West Las Olas Blvd., Ste. 500
Fort Lauderdale, Florida 33301
Tel: (954) 332-4100
ostrow@kolawyers.com

Gary M. Klinger*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

William B. Federman*
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120

Tel (405) 235-1560
wbf@federmanlaw.com

(* denotes *pro hac vice* forthcoming)

**Proposed Interim Co-Lead Class Counsel**

## CERTIFICATION OF SERVICE

     I hereby certify that on April 16, 2025 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: _/s/ Michael J. Reilly_____
Michael J. Reilly (ct28651)