UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



JON NATHANSON

v.

YALE NEW HAVEN HEALTH
SERVICES CORP.

CASE NO. 3:25-cv-609 (AWT)

## ORDER OF TRANSFER

In the interest of justice, the above identified case is hereby transferred to

the Honorable Stefan R. Underhill .   All further pleadings or documents in this

matter should be filed with the Clerk's Office in Bridgeport and bear the docket

number 3:25-cv-609 (SRU ).

So ordered.

Dated at Hartford, Connecticut, this 18th day of April, 2025.

/s/ Judge Alvin W. Thompson
Alvin W. Thompson
United States District Judge