## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**LEAD CASE**: 3:25-cv-00609-SRU

**MEMBER CASE(s)**: 3:25-cv-00610-SRU

### NOTICE TO COUNSEL

The above-captioned cases have been ordered consolidated pursuant to an order entered by Judge  Stefan R. Underhill .The following provisions will govern the procedural aspects of the consolidation:

1. The clerk will maintain a **LEAD CONSOLIDATED DOCKET SHEET AND FILE** in case number

2. All captions shall include **ONLY** the **LEAD CONSOLILDATED CASE NAME AND DOCKET NUMBER**.

3. The parties and counsel from each member case will be added to the docket of the **LEAD CONSOLIDATED DOCKET SHEET** and the member cases will be closed without prejudice to the right of any party to move to reopen upon completion of pretrial and discovery matters.

4. All docketing shall be made **ONLY** on the **LEAD CONSOLIDATED DOCKET SHEET**.

5. Any pending motions from the member cases will be re-docketed on the **LEAD CONSOLIDATED DOCKET SHEET**.

Dated at  Bridgeport , Connecticut on  April 22, 2025 .

Dinah Milton Kinney, Clerk

By: /s/ J. Reis
Deputy Clerk

Rev. 3/19/25