IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JON NATHANSON**, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>**YALE NEW HAVEN HEALTH SERVICES CORP.**,<br><br>    Defendant. | Case No. 3:25-cv-00609<br><br>Consolidated Class Action |

**JOINT NOTICE OF MEDIATION AND STIPULATION TO SET CASE DEADLINES**

    Plaintiffs, Jon Nathanson and Michael Liparulo, individually, and on behalf of all others similarly situated ("Plaintiffs"), and Defendant, Yale New Haven Health Services Corp. ("Defendant") (collectively "Parties"), hereby notice the Court that the Parties have agreed to attend an early mediation in this action.

    1.    The Parties have decided to schedule a mediation to see whether potential early resolution of this matter is possible. To that end, the Parties have scheduled mediation on August 8, 2025, with experienced class action mediator Bennett G. Picker, Esq. of Stradley Ronon Stevens & Young LLP.

    2.    Between now and the date of mediation, to ensure the time is well served in the event mediation is unsuccessful, the Plaintiffs intend to file a consolidated class action complaint on or before June 16, 2025, schedule a Rule 26(f) conference, agree on the form of a protective order and an ESI protocol, work with the Court to further coordinate this and the related actions that are not yet consolidated, and propound the necessary limited informal discovery to prepare for mediation.

3. Notably, Defendant does not want to delay the time for filing a motion to dismiss regardless of mediation. The Parties request that the Court set the deadline for Defendant to file a motion to dismiss for July 16, 2025, or 30 days after the filing of the amended consolidated complaint, with an opposition deadline of August 29, 2025, or 21 days following mediation, with a reply deadline of September 19, 2025, or 21 days following the opposition.

4. Plaintiffs' counsel has conferred with plaintiffs' counsel in the three class actions filed in this Court after the two cases were consolidated by order of the Court (the "Related Actions").[1] Those cases involve the same cybersecurity event, have the same claims, and include the same proposed class as in this action. Plaintiffs' counsel in the Related Actions have been advised of the details of the mediation; they do not oppose Plaintiffs' counsel taking the lead in the mediation or their re-seeking appointment of interim lead counsel in this action and over the putative class overlapping with their actions; and they do not oppose consolidation of their cases into this action, should the Court so determine consolidation is appropriate.

5. Should the Court agree with the foregoing, the Parties will notify the Court of the outcome of mediation within three days following mediation.

| | |
|---|---|
| Dated: April 25, 2025 | Respectfully submitted, |
| COUNSEL FOR PLAINTIFFS, | YALE NEW HAVEN HEALTH SERVICES CORPORATION, |
| /s/ Jeff Ostrow<br>Jeff Ostrow *(pro hac vice)*<br>**KOPELOWITZ OSTROW P.A.**<br>One W. Las Olas Blvd. Ste. 500<br>Fort Lauderdale, FL 33301<br>Tel: 954-332-4200<br>ostrow@kolawyers.com | /s/ Sean B. Solis<br>Sean B. Solis (admitted *pro hac vice*)<br>Casie D. Collignon (*pro hac vice* pending)<br>**BAKER & HOSTETLER LLP**<br>1801 California St., Suite 4400<br>Denver, CO 80202<br>Telephone: 303.861.0600<br>Facsimile: 303.861.7805 |

---

[1] The Related Actions are *Stephanie Harvin v. Yale New Haven Health Services Corp.*, Case No. 3:25-CV-612 (D. Conn.), *Michael Wise v. Yale New Haven Health System*, Case No. 3:25-CV-615 (D. Conn.), and *Lisa Taylor-Austin v. Yale New Haven Health Services Corp.*, Case No. 3:25-CV-632 (D. Conn.)

David K. Lietz (*pro hac vice* pending)
**MILLBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Ave, NW, Suite 440
Washington, DC 20015
Phone: 866-252-0878
dlietz@milberg.com

William B. Federman
(*pro hac vice* pending)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave
Oklahoma City, OK 73120
Tel: 405-235-1560
wbf@federmanlaw.com

*Plaintiffs' Counsel*

ssolis@bakerlaw.com
ccollignon@bakerlaw.com

Philip H. Bieler (Bar No. 16252)
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza 14th Floor
New York, New York 10111
Tel.: (212) 847-2868
Fax: (212) 589-4201
pbieler@bakerlaw.com

*Counsel for Yale New Haven Health Services Corporation*