

# THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

I, MICHEL JENDRETZKY, Director of the Office of Attorney Admissions and Compliance of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Attorney Services Section of the Supreme Court and that Office of Attorney Admissions and Compliance is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Melissa M. Bilancini**
Attorney Registration No. **0098510**

was admitted to the practice of law in Ohio on May 13, 2019; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 10th day of June, 2025.

MICHEL JENDRETZKY
*Director, Office of Attorney Admissions and Compliance*

*Shannon B. Scheid*

Shannon Scheid
*Administrative Assistant, Attorney Services Section*

No. 2025-06-10-1
Verify by email at GoodStandingRequests@sc.ohio.gov