# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: YALE NEW HAVEN HEALTH SERVICES CORP. DATA BREACH | Case No. 3:25-cv-00609<br><br>Consolidated Class Action |

## NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY

Plaintiffs, Jon Nathanson, Michael Liparulo, Amber Wilson, Stephen Quinn, Adam Snitkoff, Tyoka Brumfeld, Julie Mott, as parent and guardian of J.D.R.A., a minor, Maria Krantz, as parent and guardian of F.R.K. and E.V.K., minors, Alexander Hudson, Nina Pullman, Lisa Taylor-Austin, Deb Brown, as parent and guardian of H.A.B, a minor, Trent Berger, Sarah Crowell, Eric Wilson, Erica Ortiz, as parent and guardian of M.F. 1, M.F. 2, and G.O.S., minors, Patricia Rodriguez, Robert Taylor, and Tiffany Adjeiand, individually, and on behalf of all others similarly situated, and Defendant, Yale New Haven Health Services Corporation, hereby notify the Court they have reached an agreement on the material terms of a classwide settlement. To allow the Parties sufficient time to draft and finalize the settlement agreement, and for Plaintiffs to prepare and file their motion for preliminary approval of the settlement, the Parties respectfully request the Court stay all case deadlines during the pendency of the settlement approval process. The Plaintiffs anticipate filing their motion for preliminary approval within 30 days of today.

Dated: August 11, 2025.                                           Respectfully submitted,

/s/ *Jeff Ostrow*                                                               /s/ *Casie D. Collignon*
Jeff Ostrow (*pro hac vice*)                                          Casie D. Collignon
**KOPELOWITZ OSTROW P.A.**                              **BAKER & HOSTETLER LLP**
1 W. Las Olas Boulevard, Suite 500                          1801 California Street, Suite 4400
Fort Lauderdale, FL 33301                                         Denver, Colorado 80202
Tel: 954.332.4200                                                        Tel: 303.764.4037
ostrow@kolawyers.com                                             ccollignon@bakerlaw.com

                                                                                      *Attorneys for Defendant*

Gary Klinger (*pro hac vice*)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: 866.252.0878
gklinger@milberg.com

William B. Federman (*pro hac vice*)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Tel: 405.235.1560
wbf@federmanlaw.com

*Attorneys for Plaintiffs and the Proposed Settlement Class*