AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

IN RE: YALE NEW HAVEN HEALTH SERVICES CORP. DATA BREACH LITIGATION )
)
*Plaintiff* )
v. ) Case No. 3:25-cv-00609-SRU
)
*Defendant* )

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Eric Wilson

Date: 01/13/2026

*/s/ Maureen M. Brady*
*Attorney's signature*

Maureen M. Brady
*Printed name and bar number*

McShane & Brady, LLC
4006 Central Street
Kansas City, MO 64111
*Address*

mbrady@mcshanebradylaw.com
*E-mail address*

(816) 888-8010
*Telephone number*

(816) 332-6295
*FAX number*