**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CIVIL STANDARD MINUTES**

Date 3/3/2026

NATHANSON

Vs.

YALE NEW HAVEN HEALTH SERVICES CORP

BKY Appellant

BKY Appellee

BKY case #

Start Time 4:02 PM    End Time 4:29 PM

Recess (if more than ½ hr) _____ to _____

Total Time _____ hour(s) 27 minute(s)

Case # 3:25-cv-00609-SRU

Honorable Judge Stefan R. Underhill

Deputy Clerk J. Reis

Counsel for Pla(s) Jeff Ostrow, Gary Klinger, William Federman, Anja Rusi

Counsel for Dft(s) Sean Benjamin Solis

Reporter/Courtsmart Melissa Cianciullo

Interpreter NA

Language NA

Hearing held

☑ in person   ☐ by video   ☐ by telephone

**HEARING AND TIME**

| ◼ Motion/Oral Argument ____ | ☐ Show Cause Hearing ____ | ☐ Evidentiary Hearing ____ |
|---|---|---|
| ☐ Judgment Debtor Exam ____ | ☐ Pretrial Conference ____ | ☐ Scheduling Conference ____ |
| ☐ Status Conference ____ | ☐ Settlement Conference ____ | ☐ Other: _____ ____ |

**MOTIONS**

◼ Motion for Settlement & Attorneys Fees (doc. 74) filed by ◼ Pla ☐ Dft ◼ granted ☐ denied ☐ taken under advisement

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____

☐ Status report due _____

☐ Hearing continued until _____ at _____

**NOTES**

A final order shall follow.

Rev. 2/11/26