**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| IN RE: YALE NEW HAVEN HEALTH SERVICES CORP. DATA BREACH LITIGATION | Case No.: 3:25-cv-00609-SRU<br><br>Consolidated Class Action |

## FINAL JUDGMENT

This action came on for consideration on class action plaintiffs' unopposed Motion for Final Approval of Class Action Settlement and Application for Attorneys' Fees, Costs, and Service Awards, doc. no. 74, against defendant Yale New Haven Health Services Corp. before District Judge Stefan R. Underhill. Following oral argument held on March 3, 2026, and having considered the full record of the case, the Court entered its ruling on March 4, 2026, doc. no. 81, granting the class action plaintiffs' motion, approving the class action settlement, awarding attorneys' fees, costs, and service awards, and dismissing the action with prejudice. It is therefore;

ORDERED, ADJUDGED, AND DECREED that, as set forth in the Court's final order, doc. no. 81, judgment hereby enters dismissing the case with prejudice.

Dated at Bridgeport, Connecticut, this 4th day of March 2026.

DINAH MILTON KINNEY, Clerk
By:  /s/ Julia Reis
Deputy Clerk

EOD: 3/4/2026